UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin
Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 226355-7
Attorneys for Respondent: MANUFACTURERS AND
TRADERS TRUST COMPANY ALSO KNOWN
ASM&T BANK SUCCESSOR BY MERGER TO
HUDSON CITY SAVINGS BANK, FSB

| | |
|---|---|
| In Re:<br><br>Jose Amaya | Case No.: 19-18904-VFP<br>Chapter 13<br><br>Hearing Date: October 17, 2019<br>Time: 8:30 AM<br><br>Judge: Vincent F Papalia |

**AMENDED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK

SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB ("Respondent"), by its

counsel, Andrew M. Lubin, Esquire, of MILSTEAD & ASSOCIATES, LLC, states the following

grounds as an Objection to Confirmation of Debtor's Chapter 13 Plan:

1.      On May 1, 2019, Debtor, Jose Amaya filed a petition pursuant to Chapter 13 of Title 11

of the United States Code in the United States Bankruptcy Court for the District of New Jersey.

2.      Respondent was the holder of a first mortgage on real property owned by the Debtor

known as and located at 1118 West 6th Street, Plainfield, NJ 07063 (the "Property").

3.      On May 6, 2019, the above captioned case was dismissed by entry of an Order

Regarding Credit Counseling And Certification Of Exigent Circumstances. (Docket entry #13.)

4.      On June 21, 2019, the Debtor filed a motion to vacate the dismissal of the case, which

was returnable on July 18, 2019. (Docket entry #20.)

5.     On June 26, 2019, the subject property was sold to a third-party at sheriff's sale.

6.     On July 29, 2019, an Order Granting Motion To Vacate Dismissal Of Case was entered.

(Docket entry #23.)

7.     As the subject property has been sold, Respondent objects to any plan provision that

proposes a cure, modification or payoff of the claim.


                                              Respectfully submitted
                                              MILSTEAD & ASSOCIATES, LLC
DATED:  October 16, 2019

                                              /s/Andrew M. Lubin
                                              Andrew M. Lubin, Esquire
                                              Attorney ID No. AL0814
                                              1 E. Stow Road
                                              Marlton, NJ 08053
                                              (856) 482-1400
                                              Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin    Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 226355-7
Attorneys for Secured Creditor: MANUFACTURERS
AND TRADERS TRUST COMPANY ALSO
KNOWN ASM&T BANK SUCCESSOR BY
MERGER TO HUDSON CITY SAVINGS BANK,
FSB

In Re:

Jose Amaya

Case No.: 19-18904-VFP
Chapter 13

Judge: Vincent F Papalia

## CERTIFICATION OF SERVICE

1.    I, <u>Andrew M. Lubin, Esquire</u>:

☑ represent the <u>Secured Creditor</u> in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.    On October 16, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in

the chart below:

Objection to Confirmation of Chapter 13 Plan

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service

indicated.

DATED: October 16, 2019                    /s/   Andrew M. Lubin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jose Amaya<br>1118 West 6th Street<br>Plainfield, NJ 07063 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.