Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.:  19−18904−VFP
                         Chapter:  13
                         Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amaya Jose
   1118 West 6th Street
   Plainfield, NJ 07063

Social Security No.:
   xxx−xx−3314

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 23, 2019
JAN: mcp

                                                  Jeanne Naughton
                                                  Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                     Case No. 19-18904-VFP
Amaya Jose                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Oct 23, 2019
                              Form ID: 148              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db           +Amaya Jose,    1118 West 6th Street,    Plainfield, NJ 07063-1434
pp           +Warren F Mello, Sr,    Mello & Associates,    132 Van Buren Street,    Newark 07105-2721
518220798     Bank of America, N.A.,    400 Countrywide Way,    Simi Valley, CA 93065
518220799    +CBNA-Sears,    13200 Smith Rd.,    Cleveland, OH 44130-7802
518220903    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  THD-CBUSA,     CCS Gray OPS Center,     Gray, TN 37615)
518220800    +Credit Plus,    31550 Winter Place Parkway,    Salisbury, MD 21804-1882
518220899    +Guild Mortgage,    450 American St.,    Simi Valley, CA 93065-6285
518380957    +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
518220906     Toyota Motor Leasing,    see branch listings,    Brea, CA 92621
518220907     Toyota Mtr,    111 W 22nd St.,    Site 420,    Oakbrook, IL 60521
518220908    +Vergemb-Walmart DC,    PO Box 981064,    El Paso, TX 79998-1064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2019 00:21:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2019 00:21:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518340039       EDI: BANKAMER.COM Oct 24 2019 03:33:00      MANUFACTURERS AND TRADERS TRUST COMPANY,
                 c/o Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
518220900      +EDI: BANKAMER2.COM Oct 24 2019 03:33:00      MBNA America,    PO Box 17054,
                 Wilmington, DE 19850-7054
518220901      +EDI: RMSC.COM Oct 24 2019 03:33:00      SYNCB-WLMRTD,    PO Box 965024,    Orlando, FL 32896-5024
518220902      +EDI: CITICORP.COM Oct 24 2019 03:33:00      THD-CBSD,    Home Depot,    PO Box 9714,
                 Gray, TN 37615-9714
518220905      +EDI: TFSR.COM Oct 24 2019 03:33:00      Toyota MMotor Credit Co.,    4 Gatehall Dr.,    Ste. 350,
                 Parsippany, NJ 07054-4522
518220904      +EDI: TFSR.COM Oct 24 2019 03:33:00      Toyota Motor Credit,    PO Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518220801       GEMB-Walmart DC
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
               ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB bkecf@milsteadlaw.com,
                alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```